UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Estate of Yael Botvin, et al.** : | |
| : | |
| **Plaintiffs,** : | |
| **v.** : | Civil Action No. 1:21-cv-03186 (RCL) |
| : | |
| **Heideman Nudelman & Kalik, P.C., et al.** : | |
| : | |
| **Defendants.** : | |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants The Heideman Law Group, P.C. d/b/a Heideman Nudelman & Kalik, P.C., incorrectly sued separately as "Heideman, Nudelman & Kalik, P.C., and The Heideman Law Group, P.C.," Richard Heideman, Noel Nudelman, and Tracy Reichman Kalik, by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and respectfully move this Honorable Court to dismiss Plaintiffs' claims against them for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). In the alternative, Defendants move for dismissal for failure to join required parties under Federal Rule of Civil Procedure 12(b)(7). As grounds therefore, Defendants respectfully refer the Court to the attached Memorandum of Points and Authorities, adopted and incorporated herein by reference.

265186387v.10

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Jason R. Waters*
Jason R. Waters (#491066)
Callyson T. Grove (#1015612)
1500 K Street, N.W., Suite 330
Washington, D.C. 20005
(202) 626-7660
(202) 628-3606 facsimile
Jason.Waters@wilsonelser.com
Callyson.Grove@wilsonelser.com
*Counsel for Defendants The Heideman Law Group, P.C. d/b/a Heideman Nudelman & Kalik, P.C.; Richard Heideman; Noel Nudelman; and Tracy Reichman Kalik*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2022, I electronically filed and served Defendants' Motion to Dismiss and accompanying Memorandum, Appendix, Exhibits, and proposed Order using the Court's CM/ECF system on counsel of record for all parties in this action.

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201
*Counsel for Plaintiffs*

*/s/ Jason R. Waters*
Jason R. Waters, Esquire