# APPENDIX



# TIMELINE

