# EXHIBIT A

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00220-RCL

ELLIS et al v. ISLAMIC REPUBLIC OF IRAN et al  
Assigned to: Chief Judge Royce C. Lamberth  
Demand: $236,000,000  
 Cases: 1:00-cv-02328-RDM  
     1:20-cv-02444-RCL  
     1:01-cv-01655-RCL  
     1:08-cv-00503-RMU  
     1:21-cv-03186-RCL  
Cause: 28:1602 Foreign Sovereign Immunities Act

Date Filed: 01/31/2005  
Date Terminated: 07/03/2012  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question

**In Re**

**ESTATE OF YAEL BOTVIN**      represented by  **Richard D. Heideman**  
HEIDEMAN NUDELMAN & KALIK, PC  
5335 Wisconsin Avenue, NW  
Suite 440  
Washington, DC 20015  
202-463-1818  
Fax: 202-463-2999  
Email: rdheideman@hnklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Matthew S. Apfel**  
APFEL AND ASSOCIATES, P.C.  
2375 East Camelback Road  
Suite 600  
Phoenix, AZ 85016  
(602) 399-7970  
Fax: (888) 498-4629  
Email: msapfel@apfelandassociates.com  
*TERMINATED: 11/20/2012*

**Tracy Reichman Kalik**  
HEIDEMAN NUDELMAN & KALIK, PC  
5335 Wisconsin Avene  
Suite 440  
Washington, DC 20015  
202-463-1818  
Fax: 202-463-2999  
Email: trkalik@hnklaw.com  
*ATTORNEY TO BE NOTICED*

**Non-Party Respondent**

**Russell Ellis**      represented by  **Oleg Rivkin**  
*, individually*      RIVKIN LAW GROUP PLLC

        800 Third Avenue
Ste 2800
New York, NY 10022
212-231-9776
Email: or@rivkinlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RUSSELL ELLIS**  represented by  **Richard D. Heideman**
*Esquire, Administrator of Estate of Yael*  (See above for address)
*Botvin*  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Matthew S. Apfel**
  (See above for address)
  *TERMINATED: 11/20/2012*

  **Steven Robert Perles**
  PERLES LAW FIRM, PC
  816 Connecticut Avenue NW
  Suite 12th Floor
  Washington, DC 20036
  202-955-9055
  Email: sperles@perleslaw.com
  *ATTORNEY TO BE NOTICED*

  **Tracy Reichman Kalik**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JULIE GOLDBERG-BOTVIN**  represented by  **Richard D. Heideman**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Matthew S. Apfel**
  (See above for address)
  *TERMINATED: 11/20/2012*

  **Steven Robert Perles**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Tracy Reichman Kalik**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**TAMAR BOTVIN**  represented by  **Richard D. Heideman**
  (See above for address)
  *LEAD ATTORNEY*

|  |  |
|---|---|
|  | ATTORNEY TO BE NOTICED |
|  | **Matthew S. Apfel**<br>(See above for address)<br>*TERMINATED: 11/20/2012* |
|  | **Steven Robert Perles**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Tracy Reichman Kalik**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **MICHAL BOTVIN** represented by | **Richard D. Heideman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Matthew S. Apfel**<br>(See above for address)<br>*TERMINATED: 11/20/2012* |
|  | **Steven Robert Perles**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Tracy Reichman Kalik**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**ISLAMIC REPUBLIC OF IRAN**

**Defendant**

**IRANIAN MINISTRY OF INFORMATION AND SECURITY**

**Defendant**

**IRANIAN REVOLUTIONARY GUARD**

**Defendant**

**AYATOLLAH SAYYID ALI HOSSEINI KHAMENEI**
*Supreme Leader of the Islamic Republic of Iran*

**Defendant**

**ALI AKBAR HASHEMI-RAFSANJANI**
*Former President of the Islamic Republic of*

*Iran*

**Defendant**

**ALI FALLAHIAN-KHUZESTANI**
*Former Minister of Information and Security*

**Defendant**

**HAMAS**

**Defendant**

**JOHN DOES 1-99**


V.

**Interested Party**

| | | |
|---|---|---|
| **UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL** | represented by | **Patrick D. Davis**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>20 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 305-0879<br>Fax: (202) 616-8470<br>Email: patrick.davis2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy Andrew Johnson**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>(202) 514-1359<br>Fax: (202) 616-8470<br>Email: timothy.johnson4@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2005 | 1 | COMPLAINT against ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY, IRANIAN REVOLUTIONARY GUARD, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI, ALI FALLAHIAN-KHUZESTANI, HAMAS, JOHN DOES 1-99 (Filing fee $ 150) filed by MICHAL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN.(cp, ) (Entered: 02/02/2005) |
| 01/31/2005 | 2 | NOTICE OF RELATED CASE by MICHAL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN. Case related to Case Nos. 01cv1655 and 00cv2328. (cp, ) (Entered: 02/02/2005) |
| 01/31/2005 | | Summons Issued (7) as to ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY, IRANIAN REVOLUTIONARY GUARD, |

| | | |
|---|---|---|
| | | AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI, ALI FALLAHIAN-KHUZESTANI, HAMAS. (cp, ) (Entered: 02/02/2005) |
| 02/03/2005 | 3 | NOTICE of Appearance by Tracy Reichman Kalik on behalf of MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN (Kalik, Tracy) (Entered: 02/03/2005) |
| 03/30/2005 | 4 | REQUEST for the Clerk to send two copies of the complaint, notice of suit and summons for each defendant together with translations, pursuant to 28 U.S.C. Section 1608(a)(4) to be served by the Department of State, Bureau of Consular Affairs, 2100 Pennsylvania Avenue, NW, 4th Floor, Washington, DC 20520 return receipt requested; sent to the Department of State via certified mail by plaintiffs. (cp, ) Additional attachment(s) added on 4/1/2005 (cp, ). Additional attachment(s) added on 4/1/2005 (cp, ). (Entered: 04/01/2005) |
| 03/30/2005 | | CERTIFICATE of Clerk of mailing two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by certified mail to the Director of Special Consular Services, Department of State, 2100 Pennsylvania Avenue, NW, 4th Floor, Washington, DC 20520, pursuant to the provisions of 28 U.S.C. Section 1608(a)(4). (cp, ) (Entered: 04/01/2005) |
| 07/22/2005 | 7 | Summons Returned Unexecuted as to ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY, IRANIAN REVOLUTIONARY GUARD by U.S. DEPARTMENT OF STATE. (jf, )(SEE DOCUMENT NO. 11 FOR CORRECTED ENTRY OF THIS PLEADING) Modified on 7/27/2006 (ks, ). (Entered: 09/15/2005) |
| 09/13/2005 | 5 | STRICKEN PURSUANT MINUTE ORDER OF 7/20/2006.....MOTION for Entry of Default by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN. (Attachments: # 1 Memorandum in Support of Entry of Default# 2 Exhibit A - Letter from Department of State# 3 Exhibit B - Authenticated Certificate of Transmission to Republic of Iran# 4 Exhibit C - Authenticated Certificate of Transmission to MOIS# 5 Exhibit D - Authenticated Certificate of Transmission to Iranian Revolutionary Guard# 6 Text of Proposed Order)(Kalik, Tracy) Modified on 7/24/2006 (jwd, ). (Entered: 09/13/2005) |
| 09/13/2005 | 6 | NOTICE *of Law Firm Name Change on Behalf of Counsel for Plaintiffs* by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN (Kalik, Tracy) (Entered: 09/13/2005) |
| 09/16/2005 | 8 | NOTICE of Appearance by Steven R. Perles on behalf of all plaintiffs (Perles, Steven) (Entered: 09/16/2005) |
| 07/18/2006 | 9 | STRICKEN PURSUANT TO MINUTE ORDER OF 7/20/2006.....Second MOTION for Entry of Default by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN. (Attachments: # 1 Memorandum of Law in Support of Renewed Motion for Entry of Default# 2 Appendix # 3 Text of Proposed Order)(Kalik, Tracy) Modified on 7/24/2006 (jwd, ). (Entered: 07/18/2006) |
| 07/20/2006 | | MINUTE ORDER striking 5 Motion for Entry of Default, striking 9 Second Motion for Entry of Default. Under Rule 55(a), an application for entry of default should be made to the Clerk, not the court. Signed by Judge Ricardo M. Urbina on 7/20/06. (md) (Entered: 07/20/2006) |
| 07/26/2006 | 10 | ENTERED IN ERROR..... MOTION for Entry of Default by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of |

| | | |
|---|---|---|
| | | Proposed Order # 3 Appendix)(Kalik, Tracy) Modified on 7/27/2006 (nmw, ). (Entered: 07/26/2006) |
| 07/27/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 10 was entered in error as a motion and counsel was instructed to refile said pleading as an affidavit. (nmw, ) (Entered: 07/27/2006) |
| 07/27/2006 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to ISLAMIC REPUBLIC OF IRAN served on 6/22/2005, answer due 8/21/2005; IRANIAN MINISTRY OF INFORMATION AND SECURITY served on 6/22/2005, answer due 8/21/2005; IRANIAN REVOLUTIONARY GUARD served on 6/22/2005, answer due 8/21/2005. (This pleading was originally filed on 7/22/05, but was filed incorrectly, Please see Document No. 7) (ks, ) (Entered: 07/27/2006) |
| 07/28/2006 | 12 | AFFIDAVIT *in Support of Default* by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN. (Attachments: # 1 Appendix)(Kalik, Tracy) (Entered: 07/28/2006) |
| 07/31/2006 | 13 | Clerk's ENTRY OF DEFAULT as to ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY, IRANIAN REVOLUTIONARY GUARD (nmw, ) (Entered: 07/31/2006) |
| 10/15/2006 | 14 | MOTION To Take Judicial Notice Of This Court?s 10 September 2003 Findings Of Fact And Conclusions Of Law In A Related Case by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN. (Attachments: # 1 Exhibit # 2 Text of Proposed Order)(Kalik, Tracy) (Entered: 10/15/2006) |
| 05/01/2007 | 15 | NOTICE *of New Authority* by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN re 14 MOTION To Take Judicial Notice Of This Court?s 10 September 2003 Findings Of Fact And Conclusions Of Law In A Related Case MOTION To Take Judicial Notice Of This Court?s 10 September 2003 Findings Of Fact And Conclusions Of Law In A Related Case (Attachments: # 1 Exhibit A)(Kalik, Tracy) (Entered: 05/01/2007) |
| 09/24/2007 | 16 | ORDER granting in part and denying in part 14 Motion for Judicial Notice. Signed by Judge Ricardo M. Urbina on 09/24/07. (lcrmu1, ) (Entered: 09/24/2007) |
| 09/24/2007 | | Set Deadlines/Hearings: Plaintiffs shall submit competent evidence on the elements of the claims as well as damages on or before 3/21/2008. (jwd ) (Entered: 09/24/2007) |
| 03/21/2008 | 17 | MOTION for Entry of Final Judgment *Pursuant to and Under the New Federal Statute 28 USC 1605A and Brief in Support of Courts Findings of Fact and Conclusions of Law and Presentation of Evidence Regarding Plaintiffs Damages* by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN (Attachments: # 1 Appendix Exhibit A- Part I, # 2 Appendix Exhbit A - Part II, # 3 Appendix Exhibit A - Part III, # 4 Appendix Exhibit A - Part IV, # 5 Appendix Exhibit A - Part V, # 6 Appendix Exhibit A - Part VI, # 7 Appendix Exhibit A - Part VII, # 8 Notice of Filing, # 9 Text of Proposed Order)(Kalik, Tracy) (Entered: 03/21/2008) |
| 03/21/2008 | 18 | LARGE ADDITIONAL ATTACHMENT(S) *Appendix Exhibits B-F* by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN 17 MOTION for Entry of Final Judgment *Pursuant to and Under the New Federal Statute 28 USC 1605A and Brief in Support of Courts Findings of Fact and Conclusions of Law and Presentation of Evidence Regarding Plaintiffs Damages* filed by RUSSELL ELLIS, TAMAR BOTVIN, MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN. (Attachments: # 1 Appendix Exhibits G-H, # 2 Appendix Exhibits I-K)(Kalik, Tracy) (Entered: 03/21/2008) |

| | | |
|---|---|---|
| 02/26/2009 | 19 | MOTION for Hearing *for Status Conference* by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN (Attachments: # 1 Text of Proposed Order)(Kalik, Tracy) (Entered: 02/26/2009) |
| 02/26/2009 | | MINUTE ORDER denying 19 Motion for Status Hearing. Signed by Judge Ricardo M. Urbina on 2/26/09. (lcrmu2) (Entered: 02/26/2009) |
| 03/24/2009 | 20 | STANDING ORDER. Signed by Judge Ricardo M. Urbina on 3/24/09. (lcrmu2) (Entered: 03/24/2009) |
| 03/27/2009 | 21 | MEMORANDUM ORDER denying without prejudice 17 the Plaintiffs' Motion for Default Judgment. Signed by Judge Ricardo M. Urbina on 3/27/09. (lcrmu2) (Entered: 03/27/2009) |
| 05/28/2009 | 22 | Supplemental MOTION for Default Judgment as to *Defendants Islamic Republic of Iran, Iranian Revolutionary Guard and MOIS* by MICHAL BOTVIN, ESTATE OF YAEL BOTVIN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN, TAMAR BOTVIN (Attachments: # 1 Supplemental Appendix Exhibits 1-5, # 2 Supplemental Appendix Exhibits 6-7, # 3 Supplemental Appendix Exhibits 8-12, # 4 Supplemental Appendix Exhibits 13-14, # 5 Supplemental Appendix Exhibits 15-19, # 6 Supplemental Appendix Exhibits 20-24, # 7 Supplemental Appendix Exhibit 25 Part I, # 8 Supplemental Appendix Exhibit 25 Part II, # 9 Text of Proposed Order)(Kalik, Tracy) (Entered: 05/28/2009) |
| 02/16/2010 | 23 | ORDER denying without prejudice the plaintiffs' 22 motion for default judgment. Signed by Judge Ricardo M. Urbina on 2/16/10. (lcrmu2) (Entered: 02/16/2010) |
| 02/16/2010 | 24 | MEMORANDUM OPINION. Signed by Judge Ricardo M. Urbina on 2/16/10. (lcrmu2) (Entered: 02/16/2010) |
| 05/10/2010 | 25 | STATUS REPORT by MICHAL BOTVIN, TAMAR BOTVIN, RUSSELL ELLIS, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN. (Kalik, Tracy) (Entered: 05/10/2010) |
| 07/09/2010 | 26 | Supplemental MOTION for Default Judgment as to by MICHAL BOTVIN, TAMAR BOTVIN, RUSSELL ELLIS, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN (Attachments: # 1 Appendix Exhibit 1, # 2 Appendix Exhibits 2-6, # 3 Appendix Exhbits 7-11, # 4 Appendix Exhibit 12, # 5 Text of Proposed Order)(Kalik, Tracy) (Entered: 07/09/2010) |
| 03/25/2011 | 27 | ORDER denying the plaintiffs' 26 motion for relief upon reconsideration; denying without prejudice the plaintiffs' 26 supplemental motion for default judgment. Signed by Judge Ricardo M. Urbina on 3/25/11. (lcrmu2) (Entered: 03/25/2011) |
| 03/25/2011 | 28 | MEMORANDUM OPINION. Signed by Judge Ricardo M. Urbina on 3/25/11. (lcrmu2) (Entered: 03/25/2011) |
| 09/12/2011 | 29 | NOTICE of Appearance by Matthew S. Apfel on behalf of MICHAL BOTVIN, TAMAR BOTVIN, RUSSELL ELLIS, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN (Apfel, Matthew) (Entered: 09/12/2011) |
| 09/15/2011 | 30 | Supplemental MOTION for Default Judgment as to *All Defendants* by MICHAL BOTVIN, TAMAR BOTVIN, RUSSELL ELLIS, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN (Attachments: # 1 Appendix Part 1, # 2 Appendix Part 2, # 3 Text of Proposed Order)(Apfel, Matthew) (Entered: 09/15/2011) |
| 04/25/2012 | | Case directly reassigned to Chief Judge Royce C. Lamberth. Judge Ricardo M. Urbina no longer assigned to the case as the Judge is scheduled to retire. (gt, ) (Entered: 04/25/2012) |
| 07/03/2012 | 31 | ORDER AND JUDGMENT granting in part and denying in part Motion for Default |

| | | |
|---|---|---|
| | | Judgment 30 . Signed by Chief Judge Royce C. Lamberth on 7/3/2012. (lcrcl5) (Entered: 07/03/2012) |
| 07/03/2012 | 32 | MEMORANDUM OPINION. Signed by Chief Judge Royce C. Lamberth on 7/3/2012. (lcrcl5) (Entered: 07/03/2012) |
| 11/20/2012 | 33 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MICHAL BOTVIN, TAMAR BOTVIN, RUSSELL ELLIS, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN. Attorney Matthew S. Apfel terminated. (Kalik, Tracy) (Entered: 11/20/2012) |
| 02/28/2013 | 34 | AFFIDAVIT REQUESTING FOREIGN MAILING *pursuant to 28 USC 1608(a)(4)* by MICHAL BOTVIN, TAMAR BOTVIN, RUSSELL ELLIS, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN. (Kalik, Tracy) (Entered: 02/28/2013) |
| 02/28/2013 | 35 | REQUEST from MICHAL BOTVIN, TAMAR BOTVIN, RUSSELL ELLIS, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN for the Clerk to effect service of two copies of 31 ORDER AND JUDGMENT and 32 MEMORANDUM OPINION, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (See docket entry 34 to view document) (rdj) (Entered: 03/01/2013) |
| 03/01/2013 | 36 | CERTIFICATE OF CLERK of mailing two copies of 31 ORDER AND JUDGMENT and 32 MEMORANDUM OPINION, together with a translation of each into the official language of the foreign state on 3/1/2013, by certified mail, return receipt requested, to the U. S. Department of State, William Fritzlen, Office of Policy Review and Interagency Liaison Overseas Citizens Services, 2201 C Street, NW, 4th Floor, Washington, DC 20520, pursuant to 28 U.S.C. 1608(a)(4). (Attachments: # 1 Exhibit) (rdj) (Additional attachment(s) added on 3/15/2013: # 2 Return Receipt) (rdj). (Entered: 03/01/2013) |
| 05/14/2013 | 37 | AFFIDAVIT OF SERVICE by U.S. Department of State upon defendants under diplomatic notes, numbers 1032-IE and 1033-IE dated and delivered on April 10, 2013 re 31 ORDER AND JUDGMENT, 32 MEMORANDUM OPINION. (Attachments: # 1 Diplomatic Notes *Originals mailed to Plaintiff's Counsel*)(rdj) (Entered: 05/15/2013) |
| 08/16/2013 | 38 | ORDER that any motion by plaintiffs pursuant to 28 USC 1610(c) shall be filed no later than August 26, 2013. Signed by Judge Royce C. Lamberth on August 16, 2013. (lcrcl5) (Entered: 08/16/2013) |
| 08/16/2013 | | Set/Reset Deadlines: Motion due by 8/26/2013. (mpt) (Entered: 08/16/2013) |
| 08/26/2013 | 39 | MOTION for Order *under 28 USC 1610(c) Authorizing Enforcement of Judgment* by RUSSELL ELLIS, ESTATE OF YAEL BOTVIN (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Kalik, Tracy) (Entered: 08/26/2013) |
| 08/26/2013 | 40 | ORDER granting 39 Motion for Order pursuant to 28 U.S.C. 1610(c). Signed by Judge Royce C. Lamberth on August 26, 2013. (lcrcl5) (Entered: 08/26/2013) |
| 01/22/2014 | 41 | MOTION for Protective Order by OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(rdj) (Entered: 01/23/2014) |
| 04/04/2014 | 42 | PROTECTIVE ORDER; setting forth procedures for handling confidential material; allowing designated material to be filed under seal, Signed by Judge Royce C. Lamberth on 4/3/2014. (hs) (Entered: 04/04/2014) |
| 12/22/2016 | 43 | Unopposed MOTION for Protective Order by OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(Johnson, Timothy) (Entered: 12/22/2016) |

| | | |
|---|---|---|
| 12/29/2016 | 44 | ORDER granting 43 Motion for Protective Order. Signed by Judge Royce C. Lamberth on 12/28/16. (Attachment: Notice to Counsel/Party Acknowledgment of Protective Order) (zlsj) (Entered: 12/29/2016) |
| 02/07/2018 | 45 | Unopposed MOTION for Protective Order by UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Affidavit by Plaintiffs' Attorney with Subpoena)(Johnson, Timothy) (Entered: 02/07/2018) |
| 02/28/2018 | 46 | ORDER granting 45 Motion for Protective Order. Signed by Judge Royce C. Lamberth on 2/27/18. (lsj) (Entered: 02/28/2018) |
| 12/06/2021 | 47 | WITHDRAWN PURSUANT TO ORDER FILED 12/23/2021..... MOTION to Deposit Funds by MICHAL BOTVIN, TAMAR BOTVIN, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN. (Attachments: # 1 Text of Proposed Order)(Kalik, Tracy) Modified on 12/28/2021 (znmw). (Entered: 12/06/2021) |
| 12/09/2021 | 48 | VACATED PURSUANT TO 51 ORDER FILED 12/23/2021.....ORDER granting 47 Motion to Deposit Funds. Signed by Judge Royce C. Lamberth on 12/08/2021. (lcrcl1) Modified on 12/28/2021 (znmw). (Entered: 12/09/2021) |
| 12/22/2021 | 49 | MOTION to Withdraw 47 Motion to Deposit Funds by MICHAL BOTVIN, TAMAR BOTVIN, ESTATE OF YAEL BOTVIN, JULIE GOLDBERG-BOTVIN. (Attachments: # 1 Text of Proposed Order)(Kalik, Tracy). Added MOTION to Vacate on 12/28/2021 (znmw). (Entered: 12/22/2021) |
| 12/23/2021 | 50 | RESPONSE re 49 MOTION to Withdraw 48 Order on Motion to Deposit Funds *CONSENTING TO RELIEF REQUESTED* filed by Russell Ellis. (Rivkin, Oleg) (Entered: 12/23/2021) |
| 12/23/2021 | 51 | ORDER granting 49 Motion to Vacate and vacating 48 Order on Motion to Deposit Funds. Signed by Judge Royce C. Lamberth on 12/23/2021. (lcrcl1) (Entered: 12/23/2021) |