# EXHIBIT B

CLOSED,TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00503-RMU

GOLDBERG-BOTVIN et al v. ISLAMIC REPUBLIC OF IRAN et al

Assigned to: Judge Ricardo M. Urbina

Demand: $372,000,000

Cases: 1:00-cv-02328-RDM
       1:05-cv-00220-RCL

Cause: 28:1602 Foreign Sovereign Immunities Act

Date Filed: 03/24/2008

Date Terminated: 04/23/2010

Jury Demand: None

Nature of Suit: 360 P.I.: Other

Jurisdiction: Federal Question

**Plaintiff**

**JULIE GOLDBERG-BOTVIN**

represented by **Richard D. Heideman**
HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
202-463-1818
Fax: 202-463-2999
Email: rdheideman@hnklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ESTATE OF YAEL BOTVIN**
*by and through its Administrator Russell Ellis, Esq.*

represented by **Richard D. Heideman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TAMAR BOTVIN DAGAN**

represented by **Richard D. Heideman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAL BOTVIN**

represented by **Richard D. Heideman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ISLAMIC REPUBLIC OF IRAN**

**Defendant**

**IRANIAN MINISTRY OF
INFORMATION AND SECURITY**

<u>**Defendant**</u>

**IRANIAN REVOLUTIONARY GUARD**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | 1 | COMPLAINT against IRANIAN MINISTRY OF INFORMATION AND SECURITY, IRANIAN REVOLUTIONARY GUARD, ISLAMIC REPUBLIC OF IRAN ( Filing fee $ 350, receipt number 4616011186) filed by JULIE GOLDBERG-BOTVIN, ESTATE OF YAEL BOTVIN, TAMAR BOTVIN DAGAN, MICHAL BOTVIN. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 03/25/2008) |
| 03/24/2008 | | Summons (3) Issued as to IRANIAN MINISTRY OF INFORMATION AND SECURITY, IRANIAN REVOLUTIONARY GUARD, ISLAMIC REPUBLIC OF IRAN. (jf, ) (Entered: 03/25/2008) |
| 03/24/2008 | 2 | NOTICE OF RELATED CASE by JULIE GOLDBERG-BOTVIN, ESTATE OF YAEL BOTVIN, TAMAR BOTVIN DAGAN, MICHAL BOTVIN. Case related to Case No. 05-220 & 00-2328. (jf, ) (Entered: 03/25/2008) |
| 03/27/2009 | | MINUTE ORDER directing the plaintiffs to SHOW CAUSE on or before April 3, 2009 why the court should not dismiss this suit for failure to prosecute. LCvR 83.23; 28 U.S.C. 1608. Signed by Judge Ricardo M. Urbina on 3/27/09. (lcrmu2) (Entered: 03/27/2009) |
| 03/27/2009 | | Set/Reset Deadlines: Response to Show Cause due by 4/3/2009. (mpt, ) (Entered: 03/27/2009) |
| 04/23/2010 | 3 | ORDER dismissing the action without prejudice. Signed by Judge Ricardo M. Urbina on 4/23/10. (lcrmu2) (Entered: 04/23/2010) |