# EXHIBIT C

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:12-cv-01292-RCL

GOLDBERG-BOTVIN et al v. ISLAMIC REPUBLIC OF IRAN
Assigned to: Chief Judge Royce C. Lamberth
Demand: $100,000,000,000
 Case: 1:21-cv-03186-RCL
Cause: 28:1605A Foreign Sovereign Immunities Act

Date Filed: 08/03/2012
Date Terminated: 04/04/2013
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

JULIE GOLDBERG-BOTVIN                    represented by **Noel Jason Nudelman**
HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
202-463-1818
Fax: 202-463-2999
Email: njnudelman@hnklaw.com
*ATTORNEY TO BE NOTICED*

**Tracy Reichman Kalik**
HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avene
Suite 440
Washington, DC 20015
202-463-1818
Fax: 202-463-2999
Email: trkalik@hnklaw.com
*ATTORNEY TO BE NOTICED*

**Richard D. Heideman**
HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
202-463-1818
Fax: 202-463-2999
Email: rdheideman@hnklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

RUSSELL ELLIS                            represented by **Noel Jason Nudelman**
*Estate of Yael Botvin*                                 (See above for address)
*ATTORNEY TO BE NOTICED*

**Tracy Reichman Kalik**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  | Richard D. Heideman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **TAMAR BOTVIN-DAGAN** | represented by | Noel Jason Nudelman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | Tracy Reichman Kalik<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | Richard D. Heideman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **MICHAL BOTVIN** | represented by | Noel Jason Nudelman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | Tracy Reichman Kalik<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | Richard D. Heideman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**2255**

| **UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL** | represented by | Timothy Andrew Johnson<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>(202) 514-1359<br>Fax: (202) 616-8470<br>Email: timothy.johnson4@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

**ISLAMIC REPUBLIC OF IRAN**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2012 | 1 | COMPLAINT against ISLAMIC REPUBLIC OF IRAN ( Filing fee $ 350 receipt number 0090-3026288) filed by JULIE GOLDBERG-BOTVIN, MICHAL BOTVIN, TAMAR |

| | | |
|---|---|---|
| | | BOTVIN-DAGAN, RUSSELL ELLIS. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Heideman, Richard) (Entered: 08/03/2012) |
| 08/03/2012 | 2 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 05-cv-220-RCL. (Heideman, Richard) (Entered: 08/03/2012) |
| 08/03/2012 | 3 | NOTICE of Appearance by Tracy Reichman Kalik on behalf of All Plaintiffs (Kalik, Tracy) (Entered: 08/03/2012) |
| 08/03/2012 | 4 | NOTICE of Appearance by Noel Jason Nudelman on behalf of All Plaintiffs (Nudelman, Noel) (Entered: 08/03/2012) |
| 08/03/2012 | | Case Assigned to Chief Judge Royce C. Lamberth. (sth, ) (Entered: 08/03/2012) |
| 08/03/2012 | 5 | Electronic Summons (1) Issued as to ISLAMIC REPUBLIC OF IRAN. (Attachments: # 1 Summons)(sth, ) (Entered: 08/03/2012) |
| 09/25/2012 | 6 | AFFIDAVIT REQUESTING FOREIGN MAILING *pursuant to 28 USC 1608(a)(4)* by MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN. (Kalik, Tracy) (Entered: 09/25/2012) |
| 09/25/2012 | 7 | REQUEST from MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN for the Clerk to effect service of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (See docket entry 6 to view document)(rdj) (Entered: 09/28/2012) |
| 09/28/2012 | 8 | CERTIFICATE OF CLERK of mailing two copies of the summons, NOTICE OF RELATED CASE, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on 9/28/2012, by certified mail, return receipt requested, to the U. S. Department of State, William Fritzlen, Office of Policy Review and Interagency Liaison Overseas Citizens Services, 2201 C Street, NW, 4th Floor, Washington, DC 20520, pursuant to 28 U.S.C. 1608(a)(4). (Attachments: # 1 Exhibit) (rdj) (Entered: 09/28/2012) |
| 10/05/2012 | 9 | NOTICE of return receipt re 8 Certificate of Clerk - 28USC1608(a)(4) (rdj) (Entered: 10/10/2012) |
| 12/20/2012 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed by the U.S. Department of State under diplomatic notes, numbers 1081-IE and 1062-IE dated and delivered on November 7, 2012 as to ISLAMIC REPUBLIC OF IRAN served on 11/7/2012, answer due 1/6/2013. (Attachments: # 1 Diplomatic Notes *Originals mailed to Plaintiff's Counsel*)(rdj) (Entered: 12/26/2012) |
| 01/18/2013 | 11 | AFFIDAVIT FOR DEFAULT by MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN. (Kalik, Tracy) (Entered: 01/18/2013) |
| 01/22/2013 | 12 | Clerk's ENTRY OF DEFAULT as to ISLAMIC REPUBLIC OF IRAN (rdj) (Entered: 01/22/2013) |
| 03/19/2013 | 13 | MOTION for Default Judgment as to *Defendant Iran and to Take Judicial Notice of This Court's July 3, 2012 Findings of Fact and Conclusions of Law in Related Case* by MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(Kalik, Tracy). Added MOTION To TAKE JUDICIAL NOTICE on 3/20/2013 (rdj). (Entered: 03/19/2013) |
| 04/04/2013 | 14 | ORDER granting 13 Motion for Default Judgment. Signed by Chief Judge Royce C. |

| | | |
|---|---|---|
| | | Lamberth on April 4, 2013. (lcrcl5) (Entered: 04/04/2013) |
| 04/04/2013 | 15 | MEMORANDUM OPINION granting plaintiffs' motion for default judgment 13 . Signed by Chief Judge Royce C. Lamberth on April 4, 2013. (lcrcl5) (Entered: 04/04/2013) |
| 08/06/2013 | 16 | AFFIDAVIT REQUESTING FOREIGN MAILING *pursuant to 28 USC 1608(a)(4)* by MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN. (Nudelman, Noel) (Entered: 08/06/2013) |
| 08/06/2013 | 17 | REQUEST from MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN for the Clerk to effect service of two copies of the 14 Order, 15 Memorandum Opinion, and notice of Judgment, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (See docket entry 16 to view document)(rdj) (Entered: 08/07/2013) |
| 08/07/2013 | 18 | CERTIFICATE OF CLERK of mailing two copies of the 14 Order, 15 Memorandum Opinion, and notice of Judgment, together with a translation of each into the official language of the foreign state on 8/7/2013, by certified mail, return receipt requested, to the U. S. Department of State, Office of Policy Review and Interagency Liaison Overseas Citizens Services, 2201 C Street, NW, SA 29, 4th Floor, Washington, DC 20520, pursuant to 28 U.S.C. 1608(a)(4). (Attachments: # 1 Exhibit) (rdj) (Entered: 08/07/2013) |
| 08/16/2013 | 19 | NOTICE of Return Receipt of mailing to the U. S. Department of State re 18 Certificate of Clerk - 28USC1608(a)(4) (rdj) (Entered: 08/19/2013) |
| 10/15/2013 | 20 | AFFIDAVIT OF SERVICE by U.S. Department of State upon defendant under diplomatic note, number 1084-IE dated and delivered on September 4, 2013 re 14 Order on Motion for Default Judgment, 15 Memorandum & Opinion by ISLAMIC REPUBLIC OF IRAN. (Attachments: # 1 Diplomatic Notes *Originals mailed to Plaintiff's Counsel*)(rdj) (Entered: 10/17/2013) |
| 11/22/2013 | 21 | MOTION for Order *Under 28 USC 1610(c) Authorizing Enforcement of Judgement and Memorandum in Support Thereof* by MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Heideman, Richard) (Entered: 11/22/2013) |
| 11/25/2013 | 22 | MEMORANDUM AND ORDER granting 21 Motion for Order with respect to the Islamic Republic of Iran. Signed by Judge Royce C. Lamberth on November 25, 2013. (lcrcl5) (Entered: 11/25/2013) |
| 05/16/2014 | 23 | NOTICE *of Praecipe Adopting Protective Order* by MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, RUSSELL ELLIS, JULIE GOLDBERG-BOTVIN (Attachments: # 1 Exhibit A)(Kalik, Tracy) (Entered: 05/16/2014) |
| 12/22/2016 | 24 | Unopposed MOTION for Protective Order by OFFICE OF FOREIGN ASSETS CONTROL OF THE UNITED STATES DEPARTMENT OF THE TREASURY (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(Johnson, Timothy) (Entered: 12/22/2016) |
| 12/29/2016 | 25 | ORDER granting 24 Motion for Protective Order. Signed by Judge Royce C. Lamberth on 12/28/16. (Attachment: Notice to Counsel/Party Acknowledgment of Protective Order) (zlsj) (Entered: 12/29/2016) |
| 02/07/2018 | 26 | Unopposed MOTION for Protective Order by UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Affidavit by Plaintiffs' Attorney with Subpoena)(Johnson, Timothy) (Entered: 02/07/2018) |

| | | |
|---|---|---|
| 02/28/2018 | 27 | ORDER granting 26 Motion for Protective Order. Signed by Judge Royce C. Lamberth on 2/27/18. (lsj) (Entered: 02/28/2018) |
| 12/06/2021 | 28 | WITHDRAWN PURSUANT TO ORDER FILED 12/23/2021..... MOTION to Deposit Funds by MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, JULIE GOLDBERG-BOTVIN. (Attachments: # 1 Text of Proposed Order)(Kalik, Tracy) Modified on 12/28/2021 (znmw). (Entered: 12/06/2021) |
| 12/09/2021 | 29 | VACATED PURSUANT TO ORDER FILED 12/23/2021.....ORDER granting 28 Motion to Deposit Funds. Signed by Judge Royce C. Lamberth on 12/08/2021. (lcrcl1) Modified on 12/28/2021 (znmw). (Entered: 12/09/2021) |
| 12/22/2021 | 30 | MOTION to Withdraw 28 Motion to Deposit Funds by MICHAL BOTVIN, TAMAR BOTVIN-DAGAN, JULIE GOLDBERG-BOTVIN. (Attachments: # 1 Text of Proposed Order)(Kalik, Tracy). Added MOTION to Vacate on 12/28/2021 (znmw). Modified on 12/28/2021 (znmw). (Entered: 12/22/2021) |
| 12/23/2021 | 31 | ORDER granting 30 Motion to Vacate and vacating 29 Order on Motion to Deposit Funds. Signed by Judge Royce C. Lamberth on 12/23/2021. (lcrcl1) (Entered: 12/23/2021) |