UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Estate of Yael Botvin, et al.** : | |
| : | |
| **Plaintiffs,** : | |
| **v.** : | Civil Action No. 1:21-cv-03186 (RCL) |
| : | |
| **Heideman, Nudelman & Kalik, P.C., et al.** : | |
| : | |
| **Defendants.** : | |

## ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, the accompanying Memorandum of Points of Authorities, any opposition thereto, and the entire record herein, it is this ____ day of _____, 2022,

**ORDERED** that the Motion of Defendants Heideman, Nudelman & Kalik, P.C., The Heideman Law Group, P.C. d/b/a Heideman Nudelman & Kalik, P.C., incorrectly sued separately as "Heideman, Nudelman & Kalik, P.C., and The Heideman Law Group, P.C.," Richard Heideman, Noel Nudelman, and Tracy Reichman Kalik, to Dismiss Plaintiffs' Complaint BE AND HEREBY IS GRANTED, and it is

**FURTHER ORDERED** that all of the claims against Defendants Heideman, Nudelman & Kalik, P.C., The Heideman Law Group, P.C. d/b/a Heideman Nudelman & Kalik, P.C., incorrectly sued separately as "Heideman, Nudelman & Kalik, P.C., and The Heideman Law Group, P.C.," Richard Heideman, Noel Nudelman, and Tracy Reichman Kalik, BE AND HEREBY ARE DISMISSED WITH PREJUDICE.

All costs and expenses of this action are assessed against the Plaintiffs.

This is a final and appealable Order.

265186387v.10

_____
Judge Royce C. Lamberth
U.S. District Court for the District of Columbia

Copies to: All Counsel of Record (by ECF Electronic filing)

265186387v.10