AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Estate of Yael Botvin, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-03186 (RCL) |
| Heideman Nudelman & Kalik, P.C., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The Heideman Law Group, P.C. d/b/a Heideman Nudelman & Kalik, P.C., Richard Heideman, Noel Nudelman and Tracy Reichman Kalik  .

Date:   02/16/2022

/s/ Callyson T. Grove
*Attorney's signature*

Callyson T. Grove (Bar #1015612)
*Printed name and bar number*
Wilson Elser Moskowitz Edelman & Dicker, LLP
1500 K Street, N.W, Suite 330
Washington, D.C.  20005

*Address*

Callyson.Grove@wilsonelser.com
*E-mail address*

(202) 626-7660
*Telephone number*

(202) 628-3606
*FAX number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2022, I electronically filed and served the foregoing Appearance of Counsel for Callyson T. Grove using the Court's CM/ECF system on counsel of record for all parties in this action.

>Robert J. Tolchin
>The Berkman Law Office, LLC
>111 Livingston Street, Suite 1928
>Brooklyn, NY 11201
>*Counsel for Plaintiffs*

>*/s/ Callyson T. Grove*
>Callyson T. Grove, Esquire