IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

ESTATE OF YAEL BOTVIN, *et al.*,

                Plaintiffs,

      -against-

HEIDEMAN, NUDELMAN & KALIK, P.C., *et al*,

                Defendants.

---------------------------------------------------------------------- X

Docket No:
21-cv-3186 (RCL)

## ORDER

Plaintiffs having moved for an enlargement of time to oppose Defendants' motion to dismiss, it is:

ORDERED that Plaintiffs' time to respond to Defendants' motion is enlarged through April 1, 2022, and Defendants' time to file reply papers with respect to that motion is enlarged through April 15, 2022..

_____   2/23/22
U.S.D.J.                                             date