UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF YAEL BOTVIN, *et al.*,

    *Plaintiffs,*

v.

HEIDEMAN NUDELMAN & KALIK, P.C., *et al.*,

    *Defendants.*

Case No. 21-cv-3186 (RCL)

## ORDER

The mandate having issued from the United States Court of Appeals for the District of Columbia Circuit, and in accordance with Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), the Court hereby **ORDERS** that the parties shall meet and confer within thirty (30) days of this date.

The Court further **ORDERS** that, within fourteen (14) days thereafter, the parties shall jointly submit a written report outlining the discovery plan and a proposed scheduling order.

It is **SO ORDERED**.

Date: October 25, 2024

                                                                             Hon. Royce C. Lamberth
                                                                             United States District Judge